James Vlahakis (Illinois St. Bar No. 6230459)
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 581-5456
Email: jvlahakis@sulaimanlaw.com
*Attorney for Plaintiff (pro hac vice)*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Nick Fisher, individually and on behalf of a nationwide class of similarly situated individuals,<br><br>Plaintiff,<br>v.<br><br>Modernize, Inc.; John Doe Home Improvement Providers, Nos. 1-10; and John Doe Defendant Lead-Generators, Nos. 1-10,<br><br>Defendants. | Case No. 2:19-cv-05070-DGC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT MODERNIZE, INC.**<br><br>Honorable Judge David G. Campbell |

Now come the parties, Plaintiff Nick Fisher ("Plaintiff"), individually and in his own personal capacity, and Defendant Modernize, Inc., by and through their undersigned counsel, and submit this Stipulation of Voluntary Dismissal Without Prejudice, states as follows:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Modernize, Inc. hereby gives notice that this civil action is voluntarily dismissed without prejudice as to Defendant Modernize, Inc., pursuant to the agreement of Plaintiff and Modernize, Inc. The parties anticipate filing a notice of voluntary dismissal with prejudice within 28 days from today's date, and respectfully requests that this Court suspend or vacate all deadlines in anticipation of the complete dismissal with prejudice of this case.

Dated: November 20, 2019

Respectfully submitted,

By: /s/ James C. Vlahakis
James C. Vlahakis, Esq.
SULAIMAN LAW GROUP, LTD
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
Email: jvlahakis@sulaimanlaw.com

*Counsel for Plaintiff*


/s/ Aaron M. Scolari
Aaron M Scolari, Esq.
Rogers Joseph O'Donnell
311 California Street, 10th Floor
San Francisco, CA 94104
Telephone: 415-956-2828
Email: ascolari@rjo.com

/s/ William Dewitt Furnish
William Dewitt Furnish, Esq.
Osborn Maledon PA
P.O. Box 36379
Phoenix, AZ 85067
Telephone: 602-640-9341
Email: wfurnish@omlaw.com

*Counsel for Defendant Modernize, Inc.*